UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **MAIRA MONTELONGO,** § <br><br>**Plaintiff,** § <br> § <br> **v.** § <br> § Civil Action No. 5:19-cv-00577-JKP-RBF <br>My Financial Solutions LLC, Student Renew § <br>LLC, Angela Mirabella, and Nick Caposio § **JURY DEMANDED** <br> § <br>**Defendants.** § | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff MAIRA MONTELONGO and Defendants MY FINANCIAL SOLUTIONS, LLC, STUDENT RENEW LLC, ANGELA MIRABELLA, AND NICK CAPOSIO (together known as the "**Parties**"), and file their *Stipulated Motion for Dismissal With Prejudice* (the "*Motion*") as follows:

1. The Parties have settled and compromised all claims that are asserted against the Defendants, and Plaintiff no longer desire to pursue this action and wishes to dismiss all claims against all Defendants with prejudice.

2. Through its counsel's signature below, Defendant agrees and consents to Plaintiff's dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

3. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal.

6. Plaintiff has not voluntarily dismissed any federal or state court suit based on or including the same claims as those presented in this case.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly and respectfully request this Court to enter this motion

Respectfully Submitted,

/s/Leland Garrett McRae
Counsel for Plaintiff
1150 N. Loop 1604 W., Ste. 108-461
San Antonio, TX 78248
(210) 569 – 0434
SBN: 24086374
leland@lelandmcrae.com

/s/Chuck Bretz
Counsel for Defendants
Bretz, Flynn & Associates, P.C.
58 N. Chicago St., 2d Floor
Joliet, IL 60432
(815) 740-1545
cbretz@bretzlawoffice.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been filed and served to Plaintiff's counsel via **CM/ECF** on this 7th day of May, 2020 to:

/s/Chuck Bretz
Counsel for Defendants
Bretz, Flynn & Associates, P.C.
58 N. Chicago St., 2d Floor
Joliet, IL 60432
(815) 740-1545
cbretz@bretzlawoffice.com

*/s/ Leland McRae*
LELAND MCRAE