UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MAIRA MONTELONGO,**

    **Plaintiff,**

**v.**                                            No. SA-19-CV-00577-JKP

**MY FINANCIAL SOLUTIONS LLC, STUDENT RENEW LLC, ANGELA MIRABELLA, AND NICK CAPOSIO,**

    **Defendants.**

### ORDER OF DISMISSAL

The Court has under consideration the parties' *Stipulated Motion for Dismissal with Prejudice* (ECF No. 80) in which the parties request that the Court dismiss this lawsuit with prejudice. It **GRANTS** the request and dismisses this action with prejudice. It is hereby **ORDERED, ADJUDGED and DECREED** that all claims and causes of action filed by Plaintiff Maira Montelongo against Defendants My Financial Solutions LLC, Student Renew LLC, Angela Mirabella, and Nick Caposio in this lawsuit are dismissed with prejudice. The Court **directs the Clerk of Court to close this case.**

SIGNED this 8th day of May 2020.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE